1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No.  2:23-cv-01132-DAD-JDP

12            Plaintiff,

13        v.                              ORDER SETTING INITIAL SCHEDULING
                                          CONFERENCE
14   APPROXIMATELY $107,885 IN U.S.
     CURRENCY, *et al.*,
15
              Defendants.
16

17

18        The district judge has referred this matter to the undersigned to hold an initial scheduling

19   conference.  ECF No. 11.  Accordingly, it is hereby ORDERED that:

20        1.  An initial scheduling conference is set for May 30, 2024, at 10:00 a.m.  The conference

     will be conducted remotely via Zoom.[1]
21
          2.  No later than fourteen days prior to the scheduling conference, the parties shall file
22
     status reports that address the following:[2]
23
                 a.  the factual and legal contentions set forth in the parties' pleadings, briefly
24
     summarized;
25
                 b.  status of service upon all defendants and cross-defendants;
26

27   _____

     [1] The Zoom invitation will be distributed one week prior to the scheduling conference.
28   [2] The parties are encouraged to file a joint status report.

                                          1

1    c.  possible joinder of additional parties;

2    d.  expected amendment of pleadings and, if applicable, a proposed deadline for

3   such amendment;

4    e.  jurisdiction and venue;

5    f.  anticipated motions and their scheduling;

6    g.  a proposed discovery plan and its scheduling, including deadlines for

7   exchanging initial disclosures and for disclosing expert witnesses;

8    h.  proposed cutoff dates for completing discovery and dispositive motions, and

9   dates for the pretrial conference and trial;

10    i.  estimated number of days of trial and whether any party has demanded a jury;

11    j.  any proposed changes to the limits on discovery imposed by the Federal Rules

12   of Civil Procedure;

13    k.  special procedures, if any;

14    l.  whether the case is related to any other cases, including any bankruptcy cases;

15    m.  whether an early settlement conference should be scheduled at the initial

16   scheduling conference;

17    n.  whether counsel will stipulate to the undersigned acting as the settlement judge

18   and waive disqualification from so acting, or whether they prefer to have a different magistrate

19   judge conduct a settlement; and

20    o.  any other matters that may add to the just and expeditious disposition of this

21   matter.

22    3.  The parties may, if all consent, have this case tried by a United States Magistrate Judge

23   while preserving their right to appeal to the U.S. Court of Appeals for the Ninth Circuit.  *See* 28

24   U.S.C. § 636(c).  No later than fourteen days prior to the scheduling conference, the parties shall

25   complete and file the Consent to Assignment or Request for Reassignment form.  The judges will

26   not be notified of any party's election unless all parties have consented.  *See* Fed. R. Civ. P.

27   73(b)(1).

28

2

4. Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. *See* E.D. Cal. L.R. 160.

5. The Clerk of Court is directed to provide copies of the "Consent to Proceed Before United States Magistrate Judge" with this order.

IT IS SO ORDERED.

Dated:   __April 15, 2024__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3